UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRICIA ROUNDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01100-JRO-MJD |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation recommending the Court deny Plaintiff's motion to remand to state court. Dkt. 40. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [40]. Plaintiff's motion to remand to state court is **DENIED**. Dkt. [19].

**SO ORDERED.**

Date: 10/27/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record